1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  LUIS FERNANDO TORRES, et al.,        CASE NO. CV F 10-0670 LJO GSA

10         Plaintiffs,        **ORDER TO EXTEND BRIEFING AND TO VACATE HEARING**

11     vs.            (Docs. 7,8.)

12  STATE OF CALIFORNIA, et al.,

13         Defendants.
                     /

14

15      Plaintiffs' opposition papers to pending motions to dismiss were due May 26, 2010.  Plaintiffs

16  request an extension to file opposition papers due to family emergencies of plaintiffs' counsel.

17  Defendant County of Madera seeks an extension to file reply papers with an extension to file opposition

18  papers.

19      On the basis of good cause, this Court:

20      1.    ORDERS plaintiffs, no later than June 2, 2010, to file papers to oppose the pending

21           motions to dismiss;

22      2.    ORDERS defendants, no later than June 9, 2010, to file reply papers for their motions

23           to dismiss; and

24      3.    VACATES the June 9, 2010 hearing on defendants' motions to dismiss.

25      Pursuant to its practice, this Court will consider the motions to dismiss on the record without a

26  hearing, unless this Court orders otherwise.

27      IT IS SO ORDERED.

28  **Dated:   May 27, 2010**        **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE