UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUIS FERNANDO TORRES, ALEJANDRO TORRES, AURORA TORRES and ARMANDO HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>S. RODRIGUEZ Badge No. 349; JESUS HERNANDEZ, NICK ROJAS, BRIAN ESTEVES and FELIX GONZALEZ<br><br>Defendants. | CASE NO.: 1:10-cv-00670-LJO-SKO<br><br>**ORDER DISMISSING BRIAN ESTEVES AND FELIX GONZALEZ PURSUANT TO PARTIES' STIPULATION**<br><br>**TRIAL DATE: March 26, 2012** |

Pursuant to the parties agreement and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants BRIAN ESTEVES and FELIX GONZALEZ be and hereby are dismissed with prejudice. Each side shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   April 19, 2011**                              /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE