# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FERNANDO TORRES, et al., | CASE NO. 1:10-cv-00670-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING REQUEST FOR ATTORNEY SUBSTITUTION** |
| v. | |
| COUNTY OF MADERA, et al., | (Docket No. 42) |
| Defendants. | |

On August 12, 2011, Defendant City of Madera filed a request that Gregory L. Myers, Esq. be substituted as its counsel in place of its current counsel, Lori R. Mayfield, Esq. (Doc. 42.) Accordingly, it is HEREBY ORDERED that Gregory L. Myers, Esq. is substituted as counsel of record for Defendant City of Madera.

IT IS SO ORDERED.

**Dated:   August 19, 2011**          /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE