STEVEN A. GERINGER
State Bar No. 107826
123 South I Street
Madera, California 93637
Telephone: (559) 661-1973
Facsimile:  (559) 661-1974

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUIS FERNANDO TORRES, ALEJANDRO TORRES, AURORA TORRES, and ARMANDO HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>S. RODRIGUEZ, et al.,<br><br>Defendants. | Case No. 1:10-cv-00670-LJO-SKO<br><br>STIPULATION RE RESCHEDULING OF SETTLEMENT CONFERENCE; ORDER |

WHEREAS, the Court set a Settlement Conference in this matter for November 15, 2011 at 10:30 a.m. in Courtroom 7.

WHEREAS, the defendant S. RODRIQUEZ has filed a Motion for Summary Judgment and a Motion for Judgment on the Pleadings which are currently set for hearing on November 28, 2011 at 8:30 a.m. in Courtroom 4.

1
Stipulation and Proposed Order for Rescheduling of Settlement Conference

NOW THEREFORE, the plaintiffs and the defendants, by and through their attorneys of record, stipulate that the current Settlement Conference set for November 15, 2011 at 10:30 a.m. in Courtroom 8 be rescheduled to February 9, 2012 at 10:30 a.m. in Courtroom 7.

Dated: November 8, 2011                    /s/   Steven A. Geringer
                                           STEVEN A. GERINGER
                                           Attorney for Plaintiffs


Dated: November 8, 2011                    /s/   Michael G. Lee
                                           Kamala D. Harris
                                           Attorney General of California
                                           Monica N. Anderson
                                           Supervising Deputy Attorney General
                                           Michael G. Lee
                                           Deputy Attorney General

                                           Attorneys for Defendant S. Rodriguez

## ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Settlement Conference set for November 15, 2011, at 10:30 a.m. in Courtroom 7 be rescheduled to February 9, 2012, at 10:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

  Dated:   **November 8, 2011**              /s/ **Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE