1  STEVEN A. GERINGER
   State Bar No. 107826
2  123 South I Street
   Madera, California 93637
3  Telephone:  (559) 661-1973
   Facsimile:    (559) 661-1974
4
5  Attorney for Plaintiffs

6
                    UNITED STATES DISTRICT COURT
7
                   EASTERN DISTRICT OF CALIFORNIA
8
                          FRESNO DIVISION
9

10

11  LUIS FERNANDO TORRES, ALEJANDRO
    TORRES, AURORA TORRES, and ARMANDO      Case No. 1:10-cv-00670-LJO-SKO
12  HERNANDEZ,

13                                          STIPULATION RE RESCHEDULING OF
          Plaintiffs,                       SETTLEMENT CONFERENCE; ORDER
14

15        vs.

16  S. RODRIGUEZ, et al.,

17

18
          Defendants.
19

20

21        WHEREAS, the Court set a Settlement Conference in this matter for November 15, 2011 at

22  10:30 a.m. in Courtroom 7.
23
          WHEREAS, the defendant S. RODRIQUEZ has filed a Motion for Summary Judgment and
24
25  a Motion for Judgment on the Pleadings which are currently set for hearing on November 28, 2011

26  at 8:30 a.m. in Courtroom 4.

27

28

29

                                             1
              Stipulation and Proposed Order for Rescheduling of Settlement Conference

NOW THEREFORE, the plaintiffs and the defendants, by and through their attorneys of record, stipulate that the current Settlement Conference set for November 15, 2011 at 10:30 a.m. in Courtroom 8 be rescheduled to February 9, 2012 at 10:30 a.m. in Courtroom 7.

Dated:  November 8, 2011                               /s/    Steven A. Geringer
                                                       STEVEN A. GERINGER
                                                       Attorney for Plaintiffs


Dated:  November 8, 2011                               /s/    Michael G. Lee
                                                       Kamala D. Harris
                                                       Attorney General of California
                                                       Monica N. Anderson
                                                       Supervising Deputy Attorney General
                                                       Michael G. Lee
                                                       Deputy Attorney General

                                                       Attorneys for Defendant S. Rodriguez

## ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Settlement Conference set for November 15, 2011, at 10:30 a.m. in Courtroom 7 be rescheduled to February 9, 2012, at 10:30 a.m. in Courtroom 7.


IT IS SO ORDERED.

   Dated:   **November 8, 2011**                       **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE