IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FERNANDO TORRES, et al., | CASE NO. 1:10-cv-00670 LJO SKO |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| vs. | |
| COUNTY OF MADERA, et al., | |
| Defendants. | |
| _____/ | |

     Plaintiffs filed an amended complaint (the operative complaint) on June 30, 2010. (Doc. 17.) Therein, Jesus Hernandez and Nick Rojas, among others, are identified as defendants to this action. It appears, however, that service of process was never effectuated on Jesus Hernandez or Nick Rojas. In fact, in an order filed April 7, 2011, the magistrate judge assigned to this case noted this deficiency and warned Plaintiffs that the defendants would be dismissed pursuant to Federal Rule of Civil Procedure 4(m) unless service of process was effectuated by April 18, 2011. (Doc. 38.) Despite this warning, it appears that Plaintiffs have still not effectuated service on Jesus Hernandez or Nick Rojas.

     Accordingly, IT IS HEREBY ORDERED that by November 17, 2011, Plaintiffs shall provide the Court a status report regarding this service issue and show cause why Jesus Hernandez and Nick Rojas should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). If either this order is ignored or good cause is not sated, these two defendants will be dismissed sua sponte on November 18, 2011.

IT IS SO ORDERED.

**Dated:     November 15, 2011**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE