IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FERNANDO TORRES, et al.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>S. RODRIGUEZ,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 10-0670 LJO SKO<br><br>**ORDER TO DISMISS DEFENDANTS HERNANDEZ AND ROJAS**<br>(Doc. 57.) |

Plaintiffs filed a motion to dismiss defendants Jesus Hernandez and Nick Rojas. This Court construes plaintiffs' motion as a request for voluntary dismissal of defendants Jesus Hernandez and Nick Rojas under F.R.Civ.P. 41(a)(1)(A)(i). As such, this Court:

1. DISMISSES this action against defendants Jesus Hernandez and Nick Rojas only;
2. VACATES the January 10, 2012 hearing on plaintiffs' motion to dismiss defendants Jesus Hernandez and Nick Rojas; and
3. DIRECTS the clerk not to close this action.

IT IS SO ORDERED.

Dated:   November 17, 2011              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1